UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SCOTT BAKER,

Plaintiff,

v. Case No. 8:25-cv-00128-VMC-SPF

KURT A. HOFFMAN as SHERIFF of
SARASOTA COUNTY, FLORIDA,

Defendant.
_____________________________________/

**ORDER**

This matter is before the Court on Plaintiff's Motion for Writ of Garnishment After Judgment (Doc. 55). Judgement was entered in Defendant's favor on March 30, 2026. (Doc. 46). On May 14, 2026, a bill of costs was taxed against Plaintiff in the amount of $2,140.59. According to Defendant, the judgement, plus post-judgment interest, remains unsatisfied. (Doc. 55, ¶ 4). Defendant believes the Garnishee School Board of Sarasota County is the employer of Plaintiff and therefore in possession of salary or wages belonging to Plaintiff which may be applied to the balance owed on the judgment. By the instant motion, Defendant now requests that the Court issue a writ of garnishment directed to Garnishee School Board of Sarasota County in order to recover on the outstanding judgment.

A money judgment is enforceable by a writ of execution provided the procedure on execution and in aid of judgment or execution is in accord with the procedure of the state where the court is located. Fed. R. Civ. P. 69(a)(1). In Florida, "[e]very person or entity who has sued to recover a debt or has recovered judgment in any court against any person or entity has a right to a writ of garnishment . . . ." Fla. Stat. § 77.01. Further, "[i]f salary or wages are

to be garnished to satisfy a judgment, the court shall issue a continuing writ of garnishment to the debtor's employer which provides for the periodic payment of a portion of the salary or wages of the judgment debtor as the salary or wages become due . . . ." *Id.* Thus, the Court may enforce the judgment through a continuing writ of garnishment pursuant to Florida law. Upon consideration, the Court finds that Plaintiff is entitled to the issuance of the continuing writ of garnishment.

Accordingly, it is hereby **ORDERED**:

1. Plaintiff's Motion for Writ of Garnishment After Judgment (Doc. 55) is **GRANTED**.
2. The Clerk is directed to issue a Continuing Writ of Garnishment upon the Garnishee School Board of Sarasota County.
3. As Plaintiff Scott Baker is an individual, the Clerk is hereby directed to attach to the Continuing Writ of Garnishment the required notice to Plaintiff Scott Baker pursuant to Florida Statutes § 77.041(1).

**ORDERED** in Tampa, Florida, on October 14, 2026.

SEAN P. FLYNN
UNITED STATES MAGISTRATE JUDGE